# Exhibit A

# IN THE TWENTY-FIRST JUDICIAL CIRCUIT COURT
## ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>COTTER CORPORATION (N.S.L.), et al.,<br><br>      Defendants.<br><br>COTTER CORPORATION (N.S.L.),<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>MALLINCKRODT LLC, EVERZINC USA INC., BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, INC., ALLIED SERVICES, LLC, WESTLAKE LANDFILL, INC., and ROCK ROAD INDUSTRIES, INC.,<br><br>      Third-Party Defendants. | Case No. 18SL-CC00617-01<br>Division No. 17 |

## **NOTICE OF CONSENT TO REMOVAL**

Defendants Cotter Corporation (N.S.L.) and Commonwealth Edison Company, by their counsel without waiver of jurisdictional or other defenses, consent to the removal of the action to the United States District Court for the Eastern District of Missouri pursuant to the Notice of Removal filed by Mallinckrodt LLC.

Dated: September 9, 2020

Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Edward Casmere, #64326MO
Brian O. Watson, #68678MO
Jennifer Steeve, Pro Hac Vice
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
ecasmere@rshc-law.com
bwatson@rshc-law.com
jsteeve@rshc-law.com
docketdept@rshc-law.com

SWANSON, MARTIN & BELL, LLP
Marcie J. Vantine, #56860MO
mvantine@smbtrials.com
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63101
314.242.0903 (telephone)
314.242.0990 (facsimile)

**ATTORNEYS FOR DEFENDANTS COTTER CORPORATION (N.S.L.) AND COMMONWEALTH EDISON COMPANY**

4831-8189-9978, v. 1

2

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| TAMIA BANKS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Cause No.  18SL-CC00617-01 |
| v. ) | Division 17 |
| ) | |
| COTTER CORPORATION, N.S.L. et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| COTTER CORPORATION, N.S.L., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MALLINCKRODT LLC, et al., ) | |
| ) | |
| Third -Party Defendants. ) | |

### EVERZINC USA INC.'S NOTICE OF CONSENT TO REMOVAL

COMES NOW EverZinc USA Inc. ("EverZinc"), by and through its undersigned counsel, and hereby consents to the removal of the action to the United States District Court for the Eastern District of Missouri pursuant to the Notice of Removal filed by Mallinckrodt LLC.

Dated: September 9, 2020            Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Richard E. Greenberg
      Richard E. Greenberg, M.B.E. No. 37916
      reg@greensfelder.com
      Gregory C. Mollett, M.B.E. No. 50054
      gcm@greensfelder.com
      10 South Broadway, Suite 2000
      St. Louis, Missouri 63102
      (314) 241-9090
      (314) 345-4792 - Fax

      *Counsel for EverZinc USA Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>COTTER CORPORATION, COMMONWEALTH EDISON COMPANY, DJR HOLDINGS, INC. f/k/a FUTURA COATINGS, INC., AND ST. LOUIS AIRPORT AUTHORITY, A DEPARTMENT OF THE CITY OF ST. LOUIS<br><br>      Defendants. | **Civil Action No.**<br><br>_____ |
| COTTER CORPORATION (N.S.L),<br><br>      Third-Party Plaintiff<br><br>  v.<br><br>MALLINCKRODT LLC, EVERZINC USA INC., BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, LLC, ALLIED SERVICES, LLC, WESTLAKE LANDFILL, INC., and ROCK ROAD INDUSTRIES, INC.,<br><br>      Third-Party Defendants | |

## **CONSENT TO REMOVAL**

Third-Party Defendants Bridgeton Landfill LLC (on its own behalf and as the merger successor of West Lake Landfill, Inc. and the merger successor of Rock Road Industries, Inc.); Republic Services, Inc.; and Allied Services, LLC hereby consent to the removal of this matter from the Circuit Court of Saint Louis County, Missouri (Circuit Court Case No. 18SL-

4852-9373-0506 v1

CC00617-01) to the United States District Court for the Eastern District of Missouri, Eastern Division.

Dated this 9th day of September, 2020.

        Lathrop GPM LLP

        */s/ William G. Beck*
        Lathrop GPM LLP
        William G. Beck        # 26849
        Allyson E. Cunningham # 64802
        2345 Grand Boulevard, Suite 2200
        Kansas City, Missouri 64108-2618
        Telephone:  (816) 292-2000
        Telecopier:  (816) 292-2001
        william.beck@lathropgpm.com
        allyson.cunningham@lathropgpm.com

        Patricia Lehtinen Silva         # 67213
        Pierre Laclede Center
        7701 Forsyth Boulevard, Suite 500
        Clayton, Missouri 63105
        Telephone:    (314) 613-2800
        Telecopier:    (314) 613-2801
        patricia.silva@lathropgpm.com
        **Attorneys for Defendants Bridgeton Landfill LLC; Republic Services, Inc.; and Allied Services, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>COTTER CORPORATION, COMMONWEALTH EDISON COMPANY, DJR HOLDINGS, INC. f/k/a FUTURA COATINGS, INC., AND ST. LOUIS AIRPORT AUTHORITY, A DEPARTMENT OF THE CITY OF ST. LOUIS<br><br>      Defendants. | **Civil Action No.**<br><br>_____ |
| COTTER CORPORATION (N.S.L),<br><br>      Third-Party Plaintiff<br><br>v.<br><br>MALLINCKRODT LLC, EVERZINC USA INC., BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, LLC, ALLIED SERVICES, LLC, WESTLAKE LANDFILL, INC., and ROCK ROAD INDUSTRIES, INC.,<br><br>      Third-Party Defendants | |

## **CONSENT TO REMOVAL**

Defendant DJR Holdings, Inc. f/k/a Futura Coatings, Inc. hereby consents to the removal of this matter from the Circuit Court of Saint Louis County, Missouri (Circuit Court Case No. 18SL-CC00617-01) to the United States District Court for the Eastern District of Missouri, Eastern Division.

4835-8068-4746 v1

Dated this 9th day of September, 2020.     MARTIN JANSKY LAW FIRM

By: _____
S. Martin Jansky, USDC ED 91112, #47022
2001 S. Big Bend Blvd.
St. Louis, MO 63117
Telephone: (314) 881-6144
Fax: (314) 644-4303
martin@janskylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>COTTER CORPORATION,<br>COMMONWEALTH EDISON COMPANY, DJR HOLDINGS, INC. f/k/a FUTURA COATINGS, INC., AND ST. LOUIS AIRPORT AUTHORITY, A DEPARTMENT OF THE CITY OF ST. LOUIS<br><br>       Defendants.<br><br>COTTER CORPORATION (N.S.L),<br><br>       Third-Party Plaintiff<br><br> v.<br><br>MALLINCKRODT LLC, EVERZINC USA INC., BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, LLC, ALLIED SERVICES, LLC, WESTLAKE LANDFILL, INC., and ROCK ROAD INDUSTRIES, INC.,<br><br>       Third-Party Defendants | **Civil Action No.**<br><br>_____ |

## CONSENT TO REMOVAL

Defendant City of St. Louis (the owner and operator of St. Louis Lambert International Airport®) hereby consents to the removal of this matter from the Circuit Court of Saint Louis County, Missouri (Circuit Court Case No. 18SL-CC00617-01) to the United States District Court for the Eastern District of Missouri, Eastern Division.

4816-6657-4794 v1

Dated this 9th day of September, 2020.                ARMSTRONG TEASDALE, LLP


By:   /s/John F. Cowling
      John F. Cowling, 30920(MO)
      7700 Forsyth Blvd., Suite 1800
      St. Louis, Missouri 63105
      Telephone: 314.621.5070
      Fax: 314.621.5065
      jcowling@atllp.com