# Exhibit L

Form AEC—410
(1-61)

# UNITED STATES
# ATOMIC ENERGY COMMISSION

## SOURCE MATERIAL LICENSE COPY

Pursuant to the Atomic Energy Act of 1954, and Title 10, Code of Federal Regulations, Chapter 1, Part 40, "Licensing of Source Material," and in reliance on statements and representations heretofore made by the licensee, a license is hereby issued authorizing the licensee to receive, possess and import the source material designated below; to use such material for the purpose(s) and at the place(s) designated below; and to deliver or transfer such material to persons authorized to receive it in accordance with the regulations in said Part. This license shall be deemed to contain the conditions specified in Section 183 of the Atomic Energy Act of 1954 and is subject to all applicable rules, regulations, and orders of the Atomic Energy Commission, now or hereafter in effect, including Title 10, Code of Federal Regulations, Chapter 1, Part 20, "Standards for Protection Against Radiation," and to any conditions specified below.

| Licensee | |
|---|---|
| 1. Name   Continental Mining & Milling Co. | 3. License No.  SMA-862 |
| 2. Address  208 South LaSalle Street  Chicago, Illinois 60604 | 4. Expiration Date  February 28, 1969 |
| | 5. Docket No.  40-6811 |
| 6. Source Material  Uranium and thorium. | 7. Maximum quantity of source material which licensee may possess at any one time under this license  125,000 tons of residues presently stockpiled at 50 Brown Road, Robertson, Missouri |

### CONDITIONS

8. Authorized use (Unless otherwise specified, the authorized place of use is the licensee's address stated in Item 2 above.)
   Removal of stockpile residues from 50 Brown Road, Robertson, Missouri, and storage only at the licensee's facilities located at 9200 Latty Avenue, Hazelwood, Missouri, in accordance with the procedures described in the licensee's application dated February 4, 1966, and supplements dated February 7 and February 8, 1966.

9. Transfer of source material to the licensee's Hazelwood, Missouri, site is not authorized until fencing and lock gates have been installed in accordance with the licensee's submittal dated February 8, 1966.

KJL 2/10/66    DH 2/14/66

For the U. S. ATOMIC ENERGY COMMISSION

FEB 1 4 1966

Date of issuance

☆ U. S. GOVERNMENT PRINTING OFFICE : 1962 O - 632985

Don F. Harmon
Division of Materials Licensing

COPY

COTTER00009650