**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COTTER CORPORATION (N.S.L.), et al.,<br><br>    Defendants.<br><br>COTTER CORPORATION (N.S.L.),<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MALLINCKRODT LLC, EVERZINC USA INC., BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, INC., ALLIED SERVICES, LLC, WESTLAKE LANDFILL, INC., and ROCK ROAD INDUSTRIES, INC.,<br><br>    Third-Party Defendants. | Case No. 4:20-cv-01227 |

**COTTER CORPORATION (N.S.L.)'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO LANDFILL DEFENDANTS' MOTION TO DISMISS ITS THIRD-PARTY COMPLAINT**

Cotter Corporation (N.S.L.) ("Cotter"), for its unopposed motion for extension of time to respond to the motion to dismiss filed by Bridgeton Landfill, LLC ("Bridgeton"), on its own behalf and as the merger successor of West Lake Landfill, Inc. and the merger successor of Rock Road Industries, Inc., Republic Services, Inc. ("Republic"), and Allied Services, LLC ("Allied") (collectively, "Landfill Defendants"), respectfully states as follows:

1.     This action was recently removed to this Court by Mallinckrodt LLC.

2.     On June 30, 2020, prior to the filing of the removal petition, Cotter filed a Third-Party Petition against the Landfill Defendants and other third-party defendants.

3.     The Landfill Defendants moved to dismiss Cotter's Third-Party Petition in this Court on September 17, 2020.  ECF No. 21.

3.     To efficiently address the Motion to Dismiss filed by the Landfill Defendants in light of the likely proceedings regarding the removal petition, Cotter respectfully requests that its response to the Landfill Defendants' motion to dismiss be extended to October 16, 2020.

4.     Counsel for Cotter conferred with counsel for the Landfill Defendants, who do not oppose this motion.

WHEREFORE, Cotter respectfully moves the Court for an Order providing Cotter up to and including October 16, 2020 to respond to the Landfill Defendants' Motion to Dismiss.

Dated: September 25, 2020

Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Edward Casmere, #64326MO
Brian O. Watson, #68678MO
Jennifer Steeve, #308082CA
Lauren E. Jaffe, #6316795IL
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
ecasmere@rshc-law.com
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com

SWANSON, MARTIN & BELL, LLP
Marcie J. Vantine, #56860MO
mvantine@smbtrials.com
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63101
314.242.0903 (telephone)
314.242.0990 (facsimile)

**ATTORNEYS FOR DEFENDANT COTTER CORPORATION (N.S.L.)**

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2020, these papers were filed through the Eastern District of Missouri Court's eFiling system, which will automatically serve an electronic copy upon all counsel of record.

                              Respectfully submitted,

                              */s/ Brian O. Watson*
                              RILEY SAFER HOLMES & CANCILA LLP
                              Edward Casmere, #64326MO
                              Brian O. Watson, #68678MO
                              Jennifer Steeve, #308082CA
                              Lauren Jaffe, #6316795IL
                              70 W. Madison St., Ste. 2900
                              Chicago, Illinois 60602
                              (312) 471-8700 (main)
                              (312) 471-8701 (fax)
                              ecasmere@rshc-law.com
                              bwatson@rshc-law.com
                              jsteeve@rshc-law.com
                              ljaffe@rshc-law.com
                              docketdept@rshc-law.com