UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-01227 (JAR) |
| ) | |
| COTTER CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| COTTER CORPORATION, ) | |
| ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MALLINCKRODT LLC, EVERZINC USA INC., ) | |
| BRIDGETON LANDFILL, LLC, REPUBLIC ) | |
| SERVICES, INC., ALLIED SERVICES, LLC, ) | |
| WESTLAKE LANDFILL, INC., and ROCK ROAD ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Third Party Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**
**DEFENDANT DJR HOLDINGS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3-2.09 of the Local Rules, Defendant DJR HOLDINGS, INC. states that it is a privately held company with no publicly traded parents or subsidiaries.

| | |
|---|---|
| Dated: October 1, 2020 | Respectfully submitted |
| | MARTIN JANSKY LAW FIRM, PC |
| By: | /s/ *S. Martin Jansky* <br> _____ <br> S. Martin Jansky, 47022MO <br> 2001 S. Big Bend Blvd. <br> St. Louis, Missouri  63117 <br> (314)881-6144; f:(314)644-4303 <br> martin@janskylaw.com <br> For Defendant DJR Holdings, Inc. |

### Certificate of Service

On the date below, I certify that I electronically filed the foregoing with the Clerk of Court via the electronic filing service of the above jurisdiction, which provides notice and access of same to counsel/parties of record per local Rules

Dated: October 1, 2020     by: /s/ *S. Martin Jansky*