IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No.  4:20-cv-01227 |
| v. | ) |
| | ) |
| COTTER CORPORATION, N.S.L. et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| COTTER CORPORATION, N.S.L., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MALLINCKRODT LLC et al., | ) |
| | ) |
| Third-Party Defendants. | ) |

**COTTER CORPORATION, N.S.L. AND EVERZINC USA INC.'S
SECOND JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE FOR
<u>EVERZINC'S MOTION TO DISMISS</u>**

Cotter Corporation, N.S.L. ("Cotter") and EverZinc USA Inc. ("EverZinc") jointly request an extension up to and including fourteen days following any order on Plaintiffs' Motion to Sever and Remand (ECF No. 47) to respond to the Motion to Dismiss filed in state court by EverZinc. In support of this motion, Cotter states that:

1. This action was removed to this Court by Mallinckrodt LLC on September 10, 2020.

2. Prior to the filing of the removal petition, Cotter filed a Third-Party Petition against EverZinc and other third-party defendants which EverZinc timely moved to dismiss in state court.

187404                                                             1

3.	In light of the likely proceedings regarding the removal petition, EverZinc and Cotter filed a joint motion to establish briefing schedule: (a) postponing Cotter's presumptive response date to EverZinc's Motion to Dismiss; (b) providing EverZinc up to and including October 30, 2020 to renew its Motion to Dismiss, file an amended Motion to Dismiss or otherwise respond to the Third Party Complaint; and (c) providing Cotter up to and including November 30, 2020 to file a response to EverZinc's filing to be due on October 23, 2020. ECF No. 34.

4.	The Court granted EverZinc and Cotter's joint motion to establish briefing schedule on September 22, 2020.  ECF No. 38.

5.	On October 11, 2020, Mallinckrodt filed a notice of suggestion of bankruptcy and automatic stay of proceedings.  ECF No. 46.

6.	On October 13, 2020, without relief from the automatic stay, Plaintiffs moved to sever and remand all non-third-party claims ("Remand Motion").  ECF No. 47.

7.	Cotter and the other parties' response to Plaintiffs' Remand Motion is currently due on October 27, 2020.

8.	To efficiently address EverZinc's Motion to Dismiss in light of the automatic stay and Plaintiffs' Remand Motion, EverZinc and Cotter respectfully request that Cotter's response to EverZinc's motion to dismiss be extended to fourteen days following any order on Plaintiffs' Remand Motion.

WHEREFORE, Cotter and EverZinc jointly move the Court for an Order seeking up to and including fourteen days following any order on Plaintiffs' Motion to Sever and Remand (ECF No. 47) to respond to the Motion to Dismiss filed in state court by EverZinc.

Dated: October 21, 2020  Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Richard E. Greenberg
Richard E. Greenberg, M.B.E. No. 37916
reg@greensfelder.com
Gregory C. Mollett, M.B.E. No. 50054
gcm@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 241-9090
(314) 345-4792 - Fax

*Counsel for EverZinc USA Inc.*

RILEY SAFER HOLMES & CANCILA LLP

By: /s/ Brian O. Watson
Edward Casmere, #64326MO
Brian O. Watson, #68678MO
Jennifer Steeve, #308082CA
Lauren E. Jaffe, #6316795IL
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
(312) 471-8700
(312) 471-8701 - Fax
ecasmere@rshc-law.com
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com

*Counsel for Cotter Corporation (N.S.L.)*

187404  3

## CERTIFICATE OF SERVICE

I certify that on October 21, 2020, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

          Respectfully submitted,

          RILEY SAFER HOLMES & CANCILA LLP

          By:     /s/ Brian O. Watson
              Edward Casmere, #64326MO
              Brian O. Watson, #68678MO
              Jennifer Steeve, #308082CA
              Lauren E. Jaffe, #6316795IL
              70 W. Madison St., Suite 2900
              Chicago, Illinois 60602
              (312) 471-8700
              (312) 471-8701 - Fax
              ecasmere@rshc-law.com
              bwatson@rshc-law.com
              jsteeve@rshc-law.com
              ljaffe@rshc-law.com
              docketdept@rshc-law.com

          *Counsel for Cotter Corporation (N.S.L.)*