IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COTTER CORPORATION (N.S.L.), et al.,<br><br>    Defendants.<br><br>COTTER CORPORATION (N.S.L.),<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MALLINCKRODT LLC, et al.,<br><br>    Third-Party Defendants. | Case No. 4:20-cv-01227 |

**COMMONWEALTH EDISON COMPANY'S OPPOSITION TO PLAINTIFFS'
MOTION TO SEVER AND REMAND ALL NON-THIRD-PARTY CLAIMS**

Commonwealth Edison Company ("ComEd") opposes Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims (ECF No. 47) and joins the arguments in Cotter Corporation (N.S.L.)'s Opposition to Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims (ECF No. 58) without waiver of its jurisdictional or other defenses. *Norsyn, Inc. v. Desai*, 351 F.3d 825, 828 n.3 (8th Cir. 2003) (removal jurisdiction "does not constitute a waiver of any right to object to lack of personal jurisdiction[.]" (quoting *Nationwide Eng'g & Control Sys., Inc. v. Thomas*, 837 F.2d 345, 347–48 (8th Cir. 1988)).

To be sure, ComEd has timely consented to Mallinckrodt's removal (ECF No. 1-3) and may join and argue removal jurisdiction by opposing Plaintiffs' motion. *See Christiansen v. W.*

1

*Branch Cmty. Sch. Dist.*, 674 F.3d 927, 933 (8th Cir. 2012) (opposing remand constitutes a timely consent and joinder in removal); *Griffioen v. Cedar Rapids & Iowa City Ry. Co.*, 785 F.3d 1182 (8th Cir. 2015) (same); *Couzens v. Donohue*, 854 F.3d 508 (8th Cir. 2017) (same).

Accordingly, ComEd requests that the Court deny Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims, joins Mallinckrodt's notice of removal, and requests any further relief that the Court deems just and proper.

Dated: October 27, 2020            Respectfully submitted,

 /s/ Lauren E. Jaffe
RILEY SAFER HOLMES & CANCILA LLP
Edward Casmere, #64326MO
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
70 W. Madison St., Ste. 2900
Chicago, Illinois  60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
ecasmere@rshc-law.com
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
docketdept@rshc-law.com

SWANSON, MARTIN & BELL, LLP
Marcie J. Vantine, #56860MO
mvantine@smbtrials.com
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63101
314.242.0903 (telephone)
314.242.0990 (facsimile)

**ATTORNEYS FOR DEFENDANT COMMONWEALTH EDISON COMPANY**

2

## CERTIFICATE OF SERVICE

I certify that on October 27, 2020, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

Respectfully submitted,

RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Lauren E Jaffe*
    Edward Casmere, #64326MO
    Brian O. Watson, #68678MO
    Jennifer Steeve, #308082CA
    Lauren E. Jaffe, #6316795IL
    70 W. Madison St., Suite 2900
    Chicago, Illinois 60602
    (312) 471-8700
    (312) 471-8701 - Fax
    ecasmere@rshc-law.com
    bwatson@rshc-law.com
    jsteeve@rshc-law.com
    ljaffe@rshc-law.com
    docketdept@rshc-law.com

4820-3575-9823, v. 1