IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>COTTER CORPORATION, COMMONWEALTH EDISON COMPANY, DJR HOLDINGS, INC. f/k/a FUTURA COATINGS, INC., AND ST. LOUIS AIRPORT AUTHORITY, A DEPARTMENT OF THE CITY OF ST. LOUIS,<br><br>      Defendants.<br><br>COTTER CORPORATION (N.S.L),<br><br>      Third-Party Plaintiff<br><br> v.<br><br>MALLINCKRODT LLC, EVERZINC USA INC., BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, LLC, ALLIED SERVICES, LLC, WESTLAKE LANDFILL, INC., and ROCK ROAD INDUSTRIES, INC.,<br><br>      Third-Party Defendants | Case No. 4:20-cv-1227 |

**DEFENDANT CITY OF ST LOUIS' OPPOSITION TO PLAINTIFFS' MOTION TO SEVER AND REMAND ALL NON-THIRD-PARTY CLAIMS**

Defendant City of St. Louis (the owner and operator of St. Louis Lambert International Airport®) opposes Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims (ECF No. 47) and joins the arguments in Cotter Corporation (N.S.L.)'s Opposition to

Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims (ECF No. 58) without waiver of its jurisdictional or other defenses. .

Dated this 9th day of November, 2020.    ARMSTRONG TEASDALE, LLP

By: */s/ John F. Cowling*
John F. Cowling, 30920(MO)
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
jcowling@atllp.com

ATTORNEYS FOR DEFENDANT
THE CITY OF ST. LOUIS
(THE OWNER AND OPERATOR OF
ST. LOUIS LAMBERT
INTERNATIONAL AIRPORT®)

## CERTIFICATE OF SERVICE

I certify that on November 9, 2020, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

*/s/ John F. Cowling*