UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-01227 (JAR) |
| | ) |
| COTTER CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| COTTER CORPORATION, | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MALLINCKRODT LLC, EVERZINC USA INC., | ) |
| BRIDGETON LANDFILL, LLC, REPUBLIC | ) |
| SERVICES, INC., ALLIED SERVICES, LLC, | ) |
| WESTLAKE LANDFILL, INC., and ROCK ROAD | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Third Party Defendants. | ) |

**DJR HOLDINGS, INC'S OPPOSITION TO**
**PLAINTIFFS' MOTION TO SEVER AND REMAND ALL NON-THIRD-PARTY CLAIMS**

Defendant DJR Holdings, Inc. ("DJR") opposes Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims (ECF No. 47) and hereby joins the motion, arguments, and memoranda presented in Cotter Corporation (N.S.L.)'s Opposition to Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims (No. 58) without waiver of DJR's jurisdictional or other defenses. *Norsyn, Inc. v. Desai*, 351 F.3d 825, 828 n.3 (8th Cir. 2003).

DJR timely consented to Mallinckrodt's removal (No. 1-3) and may join and argue removal jurisdiction by opposing Plaintiffs' motion hereby.  See *Christiansen v. W. Branch Cmty. Sch. Dist.*, 674 F.3d 927, 933 (8th Cir. 2012); *Griffioen v. Cedar Rapids & Iowa City Ry. Co.*, 785 F.3d 1182 (8th Cir. 2015) (same); *Couzens v. Donohue*, 854 F.3d 508 (8th Cir. 2017).

WHEREFORE, DJR moves this honorable Court for its Order denying Plaintiffs' Motion to Sever and Remand All Non-Third-Party Claims, DJR joins Mallinckrodt's notice of removal, and requests such further relief that the Court deems just and proper.

Dated: November 11, 2020                    Respectfully submitted

MARTIN JANSKY LAW FIRM, PC

/s/ *S. Martin Jansky*

By:     _____
S. Martin Jansky, 47022MO
2001 S. Big Bend Blvd.
St. Louis, Missouri  63117
(314)881-6144; f:(314)644-4303
martin@janskylaw.com
For Defendant DJR Holdings, Inc.

**Certificate of Service**

On the date below, I certify that I electronically filed the foregoing with the Clerk of Court via the electronic filing service of the above jurisdiction, which provides notice and access of same to counsel/parties of record per local Rules.

Dated: November 11, 2020          by:     /s/ *S. Martin Jansky*