IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COTTER CORPORATION (N.S.L.), et al.,<br><br>    Defendants.<br><hr>COTTER CORPORATION (N.S.L.),<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MALLINCKRODT LLC, et al.,<br><br>    Third-Party Defendants. | Case No. 4:20-cv-01227 |

**DEFENDANT AND THIRD-PARTY PLAINTIFF COTTER
CORPORATION (N.S.L.)'S MOTION FOR AN EXTENSION OF
STAY OF REMAND PENDING APPELLATE REVIEW**

    Defendant and Third-Party Plaintiff Cotter Corporation (N.S.L.) ("Cotter") respectfully moves this Court to extend the time before ordering the Clerk of Court to transmit the remand order to state court under the December 22, 2020 Memorandum and Order (ECF No. 71) until the Eighth Circuit decides Cotter's appeal as of right and petition for writ of mandamus.

    For the reasons in Cotter's Memorandum of Law in Support, Cotter respectfully requests that the Court grant this motion and grant any other relief that the Court deems appropriate.

1

Dated: January 21, 2021

Respectfully submitted,

 /s/ Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
docketdept@rshc-law.com

SWANSON, MARTIN & BELL, LLP
Marcie J. Vantine, #56860MO
mvantine@smbtrials.com
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63101
314.242.0903 (telephone)
314.242.0990 (facsimile)

**ATTORNEYS FOR DEFENDANT/
THIRD-PARTY PLAINTIFF
COTTER CORPORATION (N.S.L.)**

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2021, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

        Respectfully submitted,

        By: */s/* Brian O. Watson
            RILEY SAFER HOLMES & CANCILA LLP
            Brian O. Watson, #68678MO
            Jennifer Steeve, #308082CA
            Lauren E. Jaffe, #6316795IL
            70 W. Madison St., Suite 2900
            Chicago, Illinois 60602
            (312) 471-8700
            (312) 471-8701 - Fax
            bwatson@rshc-law.com
            jsteeve@rshc-law.com
            ljaffe@rshc-law.com
            docketdept@rshc-law.com