IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMIA BANKS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COTTER CORPORATION (N.S.L.), et al.,<br><br>    Defendants.<br><br>COTTER CORPORATION (N.S.L.),<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>MALLINCKRODT LLC, et al.,<br><br>    Third-Party Defendants. | Case No. 4:20-cv-01227 |

**COMMONWEALTH EDISON COMPANY'S MOTION TO JOIN
COTTER CORPORATION (N.S.L.)'S MOTION FOR AN EXTENSION OF
<u>STAY OF REMAND PENDING APPELLATE REVIEW</u>**

Commonwealth Edison Company ("ComEd") joins the arguments in Cotter Corporation (N.S.L.)'s Motion for an Extension of Stay of Remand Pending Appellate Review (ECF No. 73) without waiver of its jurisdictional or other defenses.

For these reasons, ComEd requests that the Court grant Cotter Corporation (N.S.L.)'s Motion for an Extension of Stay of Remand Pending Appellate Review and requests any further relief that the Court deems just and proper.

1

Dated: January 21, 2021

Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
docketdept@rshc-law.com

SWANSON, MARTIN & BELL, LLP
Marcie J. Vantine, #56860MO
mvantine@smbtrials.com
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63101
314.242.0903 (telephone)
314.242.0990 (facsimile)

**ATTORNEYS FOR DEFENDANT COMMONWEALTH EDISON COMPANY**

## CERTIFICATE OF SERVICE

I certify that on January 21, 2021, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

Respectfully submitted,

By: */s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Jennifer Steeve, #308082CA
Lauren E. Jaffe, #6316795IL
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
(312) 471-8700
(312) 471-8701 - Fax
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com
