# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| COTTER CORPORATION (N.S.L.), | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-01227-JAR |
| | ) | |
| MALLINCKRODT LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## ORDER

This matter is before the Court on Third-Party Plaintiff Cotter Corporation's ("Cotter") Notice Regarding Modification of the Automatic Stay to Permit Litigation Under the Price-Anderson Act. (Doc. 88). Having been advised that the automatic stay pursuant to 11 U.S.C. § 362 has been lifted in this litigation per the stipulation between Cotter and the debtors of Third-Party Defendant Mallinckrodt LLC, the Court will order the parties to file joint or separate status reports.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file joint or separate status reports no later than **Friday, November 19, 2021**.

Dated this 18th day of October, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1