# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| COTTER CORPORATION (N.S.L.), | ) |
| Third-Party Plaintiff, | ) |
| v. | ) Case No. 4:20-CV-01227-JAR |
| MALLINCKRODT LLC, | ) |
| Third-Party Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Status Report. (Doc. 95). On November 22, 2021, the Court stayed this matter pending the Eighth Circuit's decision in *Banks et al. v. Cotter Corp.*, Nos. 21-1160, 21-1165 (8th Cir.). (Doc. 91). On January 7, 2022, the Eighth Circuit reversed this Court's December 22, 2020 severance and remand order. (Doc. 71). Plaintiffs timely filed a petition for rehearing. (Doc. 95 ¶ 4). In these circumstances, the parties have jointly requested that the Court extend the stay until the Eighth Circuit issues its mandate. (*Id.* at ¶ 5). The Court will grant the parties' request for good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that the **STAY IS EXTENDED** pending the issuance of a mandate by the Eighth Circuit in *Banks et al. v. Cotter Corp.*, Nos. 21-1160, 21-1165 (8th Cir.).

**IT IS FURTHER ORDERED** that the parties shall file a joint status report within **thirty (30) days** of such mandate.

Dated this 25th day of January, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1