IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| COTTER CORPORATION, N.S.L., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-01227-JAR |
| | ) | |
| MALLINCKRODT LLC et al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## STATUS REPORT

1.  On January 25, 2022, this Court extended the stay in this matter pending the issuance of mandate by the Eighth Circuit in the consolidated appeal in this matter, *Banks et al. v. Cotter Corp.*, Nos. 21-1160, 21-1165 (8th Cir.) ("*Banks* Appeal").

2.  Mandate issued on February 18, 2022 (ECF No. 99).  Accordingly, jurisdiction over all claims in this matter—including Plaintiffs' claims and Cotter Corporation (N.S.L.)'s third-party claims—has been re-established in this Court.  Cotter Corporation (N.S.L.) and Mallinckrodt LLC therefore request that the Court order the Clerk of Court to re-caption this case as *Tamia Banks, et al. v. Cotter Corporation (N.S.L.), et al.* and reinstate all parties and counsel who were terminated on the docket.

3.  Plaintiffs have until May 12, 2022, to file a petition for writ of certiorari in the United States Supreme Court from the decision of the Eighth Circuit in the *Banks* appeal, *In re Cotter Corp. (N.S.L.)*, 22 F.4th 788 (8th Cir. 2022).  Plaintiffs have not committed as to when they will file such a petition but have indicated their intention of doing so.

2

4. Cotter Corporation (N.S.L.) has also filed a motion for consolidation of this case with the earlier filed, related matter of *Butler v. Mallinckrodt LLC, et al.*, Case No. 4:18-cv-01701-AGF ("*Butler*") (ECF No. 100).  That motion is pending in *Butler* before Judge Fleissig.

5. In light of Plaintiffs' anticipated petition for writ of certiorari in the Supreme Court, Cotter Corporation (N.S.L.) and Mallinckrodt LLC request that this Court extend the stay in this case until May 26, 2022, which is 14 days after Plaintiffs' Supreme Court filing deadline of May 12, 2022, with an order to all parties to file a joint status report by May 26, 2022.

Dated: March 18, 2022			Respectfully submitted,

			*/s/ Brian O. Watson*
			RILEY SAFER HOLMES & CANCILA LLP
			Edward Casmere, #64326MO
			Brian O. Watson, #68678MO
			Jennifer Steeve, #308082CA
			Lauren E. Jaffe, #6316795IL
			Nacenté S. Seabury, #67248MO
			70 W. Madison St., Suite 2900
			Chicago, Illinois 60602
			(312) 471-8700
			(312) 471-8701 - Fax
			ecasmere@rshc-law.com
			bwatson@rshc-law.com
			jsteeve@rshc-law.com
			ljaffe@rshc-law.com
			nseabury@rshc-law.com
			docketdept@rshc-law.com

			ATTORNEYS FOR DEFENDANT AND
			THIRD-PARTY PLAINTIFF COTTER
			CORPORATION (N.S.L.)


			*/s/ David R. Erickson*
			David R. Erickson, #31532MO
			Steven D. Soden, #41917MO
			Jason M. Zager, #59432MO
			Anthony R. Martinez, #61791MO
			Poston E. Pritchett, #72303MO
			SHOOK, HARDY & BACON LLP
			2555 Grand Boulevard
			Kansas City, Missouri 64108-2613
			Telephone: 816.474.6550
			Facsimile: 816.421.5547
			derickson@shb.com
			ssoden@shb.com
			jzager@shb.com
			amartinez@shb.com
			ppritchett@shb.com

			ATTORNEYS FOR THIRD-PARTY
			DEFENDANT MALLINCKRODT LLC

3

4

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on March 18, 2022, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

                                                   */s/ Brian O. Watson*
                                                   Brian O. Watson