# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS., et al.,<br>*on behalf of themselves and all others similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COTTER CORPORATION, *et al.,*<br><br>　　　　　Defendants.<br><br>COTTER CORPORATION (N.S.L.)<br><br>　　　　　Third-Party Plaintiff<br><br>v.<br><br>MALLINCKRODT LLC, *et al.,*<br><br>　　　　　Third-Party Defendants | Civil Action No. 4:20-CV-01227 |

## JOINT STATUS REPORT

COME NOW, Plaintiffs, Defendants, and Third-Party Defendant (the "Parties") to jointly submit this status report in response to the Court's Memorandum and Order granting Plaintiffs' and Defendants' Joint Motion for Stay of Proceedings (ECF 99) and requiring that a Joint Status Report be filed with the Court not later than June 6, 2022, and every sixty (60) days thereafter.

As anticipated, the Plaintiffs filed a petition for writ of certiorari with the United States Supreme Court related to *Banks, et al. v. Cotter Corp., et al.*, Case No. 4:20CV1227 JAR (E.D. Mo.) and *In re Cotter Corp. (N.S.L.)*, 22 F. 4th 788 (8th Cir. 2022) on May 11, 2022, and the

case was docketed with the United States Supreme Court on May 13, 2022. Any response by Cotter Corporation (N.S.L.) will be due June 13, 2022, and a decision by the Court is pending.

As ordered, the Parties will provide another joint status report within sixty (60) days of this report or within ten (10) days of the United States Supreme Court's decision on the petition for writ of certiorari related to *Banks, et al. v. Cotter Corp., et al.*, Case No. 4:20CV1227 JAR (E.D. Mo.) and *In re Cotter Corp. (N.S.L.)*, 22 F. 4th 788 (8th Cir. 2022).

Counsel for Plaintiffs advise the Court that Stuart H. Smith passed away on May 20, 2022. All counsel and clients have been notified.

Dated:  June 6, 2022,                                     Respectfully submitted,

                                                                      KEANE LAW LLC

By:  /s/ *Ryan A. Keane*
Ryan A. Keane, #62112MO
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
314-391-4700
314-244-3778 (fax)
ryan@keanelawllc.com
*Attorney for Plaintiffs*

Celeste Brustowicz (LSBA #16835)
Cooper Law Firm, L.L.C.
1525 Religious Street
New Orleans, Louisiana  70130
Telephone:  504-399-0009
Facsimile:  504-399-6989
Email:  cbrustowicz@clfnola.com
*Attorney for Plaintiffs*

ARMSTRONG TEASDALE LLP
/s/ Laura A. Bentele
John F. Cowling, ##30920MO
Laura A. Bentele, ##64727MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
jcowling@atllp.com
lbentele@atllp.com
ATTORNEYS FOR DEFENDANT
St. Louis Airport Authority, a Department of the City of St. Louis


MARTIN JANSKY LAW FIRM, PC
/s/ S. Martin Jansky
S. Martin Jansky, Mo.47022
2001 S. Big Bend Blvd.
St. Louis, Missouri  63117
(314)881-6144; f:(314)644-4303
martin@janskylaw.com
For Defendant DJR Holdings, Inc.


/s/ William G. Beck
William G. Beck            #26849(MO)
Allyson E. Cunningham      #64802(MO)
Attorneys for Third-Party Defendants
LATHROP GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO  64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com

3

*/s/Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
*Edward Casmere, #64326MO*
*Brian O. Watson, #68678MO*
*Jennifer Steeve, #308082CA*
*Lauren E. Jaffe, #6316795IL*
*Nacenté S. Seabury, #67248MO*
*70 W. Madison St., Suite 2900*
*Chicago, Illinois 60602*
*(312) 471-8700*
*(312) 471-8701 - Fax*
*ecasmere@rshc-law.com*
*bwatson@rshc-law.com*
*jsteeve@rshc-law.com*
*ljaffe@rshc-law.com*
*nseabury@rshc-law.com*
*docketdept@rshc-law.com*
*ATTORNEYS FOR THIRD-PARTY PLAINTIFF*
*COTTER CORPORATION (N.S.L.)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2022, a true and correct copy of the foregoing was served on all counsel of record via electronic mail.

*/s/ Ryan A. Keane*
*Attorney for Plaintiffs*