

**DEPARTMENT OF THE ARMY**
**U.S. ARMY CORPS OF ENGINEERS, ST. LOUIS DISTRICT**
114 James S. McDonnell Boulevard
Hazelwood, MO 63042-3102

REPLY TO
ATTENTION OF:

January 27, 2022

Formerly Utilized Sites Remedial Action Program (FUSRAP)

SUBJECT:  Status of property located at Jana Elementary 405 Jana Drive Florissant, MO 63031 (CWC-386)

Dr. Nettie Collins-Hart - Superintendent
Hazelwood School District
15955 New Halls Ferry Road
Florissant, MO 63031

Dear Dr. Collins-Hart:

   The U.S. Army Corps of Engineers (USACE), St. Louis District is conducting a cleanup program for the North St. Louis County sites under the Formerly Utilized Sites Remedial Action Program (FUSRAP). The sites contain soils primarily contaminated with low-level radioactive residues as a result of activities associated with the Manhattan Engineer District/Atomic Energy Commission (MED/AEC).

   The USACE conducted sampling on Jana School property.  The USACE numbered each property adjacent to CWC. The property located at 405 Jana Drive is identified as CWC-386. The results show the presence of low-level radioactive contamination on this property located in the banks of Coldwater Creek within the property boundary.

   The contamination does not pose an immediate risk to human health or the environment in its current configuration below ground surface.  USACE discourages owners from digging in affected areas. If you are planning any work that would disturb the soil in this area, please notify us. We will provide support for this work.

   Attached to this letter is a figure of the property (CWC-386).  The red triangles indicate that contamination was found in the creek banks within the property boundary.

   We are happy to meet with you to answer any questions you may have regarding the status of this property.  Due to the Covid-19 concerns, the FUSRAP team can meet with you via a conference call.

   In order to protect your privacy, the USACE will not announce publicly the property owner names and addresses of the properties where contamination was found.

   If you have any questions or require additional information, please email me at STLFUSRAP@usace.army.mil or call 314-260-3905.

Sincerely,

WADE.JOSEPHINE.A.1364951600
Digitally signed by WADE.JOSEPHINE.A.1364951600
Date: 2022.01.25 07:13:31 -06'00'

Jo Anne Wade
FUSRAP North County Project Manager