

**DEPARTMENT OF THE ARMY**
**U.S. ARMY CORPS OF ENGINEERS, ST.  LOUIS DISTRICT**
**114 James S. McDonnell Boulevard**
**Hazelwood, MO 63042-3102**

REPLY TO
ATTENTION OF:

February 7, 2022

Formerly Utilized Sites Remedial Action Program (FUSRAP)

SUBJECT:  Pre-Design Investigation Sampling at:
        320 Jana Drive Florissant,  MO 63031 (CWC-365)
        405 Jana Drive Florissant,  MO 63031 (CWC-386)
        345 Jana Drive Florissant,  MO 63031 (CWC-387)
        325 Jana Drive Florissant,  MO 63031 (CWC-388)

Dr. Nettie Collins-Hart
Superintendent  - Hazelwood School District
15955 New Halls Ferry Road
Florissant, MO 63031

Dear Dr. Collins-Hart:

    The U.S. Army Corps of Engineers (USACE), St. Louis District is conducting a cleanup of the North St. Louis County Sites under the Formerly Utilized Sites Remedial Action Program (FUSRAP). The sites contain soils contaminated with low-level radioactive residues as a result of activities associated with the Manhattan Engineer District/Atomic Energy Commission (MED/AEC) during the early atomic weapons program in the 1940s and 1950s.

    As part of our efforts to locate MED/AEC contaminated soils, the USACE conducted sampling on these properties at:
320 Jana Drive Florissant, MO 63031 (CWC-365)
405 Jana Drive Florissant, MO 63031 (CWC-386)
345 Jana Drive Florissant, MO 63031 (CWC-387)
325 Jana Drive Florissant, MO 63031 (CWC-388)

    The preliminary results show that no MED/AEC contamination is present on these properties in accordance with the North St. Louis County Record of Decision.

    If you have any questions  or require additional information, please email me at STLFUSRAP@usace.army.mil  or call 314-260-3905.

Sincerely,

*Josephine Wade*

Josephine  Wade
FUSRAP Project Manager