Jana PTA

Dear Jana PTA Family,

As Jana Elementary's PTA, our goal is to support the Jana school community by providing new learning opportunities, ensuring a supportive, and safe environment for our students and staff. It is with this goal in mind, that we share concerning news about Jana's school property.

Jana Elementary school is one of the many properties within North County impacted by Coldwater Creek. Coldwater Creek borders Jana's school property line on the playground sides of the building. **There is well documented evidence of elevated amounts of radioactive waste including, Thorium, Radium, and Uranium, found on school property nearest to Coldwater Creek and its flood zone.**

The concerns about radioactive material on HSD properties has been brought to the attention of Hazelwood School District and the HSD Board of Directors. On July 19, 2022, the HSD Board of Directors voted not to act nor provide direct communication of the radioactive contamination impacting HSD school properties. Nonetheless, Jana PTA believes that direct communication is key to providing a safe learning environment regarding this matter, starting with Jana's community. Information provided by the Jana PTA has been obtained from the Army Corps of Engineers for public distribution.

Testing and remediation of Coldwater Creek by the Army Corps of Engineers is ongoing. The contamination of the creek has occurred over many decades and cleanup of affected areas along the creek may not be completed until 2038 (St. Louis Post-Dispatch, 2021). Thus, as Jana Elementary School's PTA, we are committed to helping find solutions to protect our school community and provide valuable resources to address concerns.

Next steps include, but not limited to:

- Determine if there is evidence of Coldwater Creek contamination within Jana Elementary school building and surrounding area of the school property not already shown (see the attached map).
- Ensure all Jana Elementary school property areas evidenced to have contamination are included within remediation efforts.

Resource links to government agencies providing robust details on this matter, including a map of detected radioactive waste at Jana Elementary, are referenced within this letter. The map of impacted areas on school property was received as part of a Freedom of Information Act (FOIA) request directed to the Army Corps of Engineers, the agency that oversees testing and remediation of radioactive contamination in St. Louis County.

Questions and/or concerns regarding the Coldwater Creek contamination and the impact to Jana Elementary can be directed to Jana's PTA at janatigerspta@gmail.com.

Sincerely,

Ashley Bernaugh, PTA President
Jana Elementary PTA
janatigerspta@gmail.com