UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TAMIA BANKS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-01227-JAR |
| | ) | |
| COTTER CORPORATION (N.S.L.), et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ─────────────────────────────── | ) | |
| | ) | |
| COTTER CORPORATION (N.S.L.), | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MALLINCKRODT LLC, et al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## **ORDER**

This matter is before the Court on Plaintiffs' motion to lift the stay in this case for the purpose of conducting limited discovery on and around the grounds of Jana Elementary School. The Court will order expedited briefing so that it may promptly rule on the motion.

Accordingly,

**IT IS HEREBY ORDERED** that any party opposing the motion shall file a response in opposition by **August 8, 2022**. Any reply shall be filed by **August 10, 2022**.

Dated this 2nd day of August 2022.

*/s/ John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE