# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, *et al.*, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COTTER CORPORATION, *et al.*<br><br>    Defendants.<br><br>COTTER CORPORATION (N.S.L.)<br><br>    Third-Party Plaintiff<br><br>v.<br><br>MALLINCKRODT LLC, *et al*.,<br><br>    Third-Party Defendants | **Civil Action No. 4:20-CV-01227** |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION TO LIFT STAY TO ALLOW FOR LIMITED DISCOVERY

**COMES NOW**, Plaintiffs Tamia Banks, et al., who provide this Court and all parties with notice to withdraw the Plaintiffs' Emergency Motion to Lift Stay to Allow for Limited Discovery (Doc. 111).

1. On April 6, 2022, this Court issued an Order that stayed this matter pending outcome of a petition for writ of certiorari the U.S. Supreme Court (Doc. 108).

1

2. Recently, the Missouri Coalition for the Environment obtained documents from the Army Corps of Engineers through a FOIA request. The documents reveal significant radiation contamination in the vicinity of Jana Elementary School. But the Army Corps did not collect samples within 300 feet of the school nor from the interior of the school, despite guidance from the U.S. Agency for Toxic Substance Disease Registry that supports sampling of interior structures and exterior soil.

3. On August 1, 2022, the Plaintiffs filed an Emergency Motion to Lift Stay to Allow for Limited Discovery (Doc. 111). The motion sought an order from this court to lift the current stay so that the Plaintiffs could issue a subpoena to gain access to the school grounds to sample for radioactive contamination.

4. After filing the motion and notifying the Hazelwood School District School District ("HSD," or the "School District"), which is managed by the HSD School Board (the "School Board"), undersigned counsel engaged in extensive discussions with counsel for the school district on August 2, 2022.

5. On the evening of August 2, 2022, at a School Board meeting, the School Board voted to allow the Plaintiffs' experts access to Jana Elementary School for the limited purpose of conducting scientific sampling.

6. Sampling is now tentatively planned to occur early in the week of August 8, 2022. It is anticipated that results of the laboratory analysis of the samples will be available three to six weeks after the samples are collected.

7. Upon receipt of the laboratory analysis of the samples, copies of lab results will be provided to:

- Hazelwood School District

- Jana Elementary School Parent Teacher Association

- Missouri Coalition for the Environment

- Missouri Department of Public Health

- U.S. Army Corps of Engineering c/o FUSRAP

- U.S. Environmental Protection Agency

- Defendants to this action

8. For clarity, undersigned counsel does not represent any of the above-mentioned entities or their management, officers, or directors.

9. Because the issue underlying the Plaintiffs' motion is resolved, by this Notice, the Plaintiffs withdraw the pending Emergency Motion to Lift Stay to Allow for Limited Discovery (Doc. 111).

Dated: August 4, 2022

Respectfully submitted,

KEANE LAW LLC

*/s/ Ryan Keane*
Ryan A. Keane, #62112
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
314-391-4700
314-244-3778 (fax)
Email: ryan@keanelawllc.com

COOPER LAW FIRM, L.L.C
Celeste Brustowicz, LA Bar # 16835
Victor Cobb LA Bar # 36830
1525 Religious Street
New Orleans, LA 70130
Phone: (504) 566-1558
Email: cbrustowicz@sch-llc.com
Email: vcobb@sch-llc.com

JOHNSON GRAY, LLC
Anthony D. Gray, #51534
2705 Dougherty Ferry Rd. Suite 100
St Louis, MO 63122 (314) 385-9500
Email: agray@johnsongraylaw.com


RON AUSTIN & ASSOCIATES, LLC
Ron A. Austin (*Admitted pro hac vice*)
Catherine Hilton (*Admitted pro hac vice*)
920 Fourth Street
Gretna, LA 70053
Tel. (504) 227-8100
Fax (504) 227-8122
Email: raustin@ronaustinlaw.com

and

THOMPSON BARNEY LAW FIRM
Kevin Thompson (WV Bar # 5062)
David R. Barney, Jr. (WV Bar #7958)
2030 Kanawha Boulevard,
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4th, 2022, a true and accurate copy of the foregoing was served by filing it in the court's electronic filing system, which will provide electronic notice and a copy of the filing to all parties and attorneys of record.

/s/ *Ryan A. Keane*