UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TAMIA BANKS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-01227-JAR |
| | ) | |
| COTTER CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiffs' Emergency Motion to Lift Stay, (Doc. No. 111), and Plaintiff's Notice of Withdrawal. (Doc. No. 113). Plaintiffs withdrew their motion to lift the stay, noting the underlying issue has been resolved.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion to Lift Stay [111] is **DENIED as moot**.

Dated this 4th day of August, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE