IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TAMIA BANKS, et al., ) | | |
|     Plaintiffs, ) | | |
| ) | | |
| vs. ) | | |
| ) | Case No. 4:20-cv-01227 | |
| COTTER CORPORATION, (N.S.L.), et al., ) | | |
|     Defendants. ) | | |
| ) | | |
| ------------------------------------------------ | | |
| ) | | |
| COTTER CORPORATION, (N.S.L.), ) | | |
|     Third-Party Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| MALLINCKRODT LLC, et al. ) | | |
|     Third-Party Defendants. ) | | |
| ------------------------------------------------ | | |

## JOINT STATUS REPORT

COME NOW, Plaintiffs, Defendants, and Third-Party Defendants ("the Parties")[1] to jointly submit this status report in response to the Court's Order staying the proceedings and requiring that a Joint Status Report be filed every sixty (60) days. ECF No. 108. Counsel submit this report following the last Joint Status Report filed with the Court on June 6, 2022. ECF No. 110.

As reported in the last Joint Status Report, Plaintiffs on May 11, 2022 filed a petition for writ of certiorari with the United States Supreme Court in this matter appealing the decision of *In re Cotter Corp. (N.S.L.)*, 22 F. 4th 788 (8th Cir. 2022). The case was docketed with the United States Supreme Court on May 13, 2022. On June 13, 2022, Cotter Corporation (N.S.L.)

---

[1] The undersigned submits this Report on behalf of the Parties.

filed a waiver of right to respond. On June 22, 2022, the United States Supreme Court docket noted that the case would be distributed for Conference as of September 28, 2022. On August 4, 2022, the United States Supreme Court requested Cotter file a response to Plaintiff's petition for writ of certiorari on or before September 6, 2022.

As ordered, the Parties will provide another joint status report within sixty (60) days of this report or within ten (10) days of the United States Supreme Court's decision on the petition for writ of certiorari, whichever occurs first.

Dated: August 5, 2022								Respectfully submitted,

By: */s/ William G. Beck*
William G. Beck          #26849(MO)
Allyson E. Cunningham    #64802(MO)
Attorneys for Third-Party Defendants
LATHROP GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO  64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com

Patricia Lehtinen Silva     #67213(MO)
Attorneys for Third-Party Defendants
LATHROP GPM LLP
7701 Forsyth Blvd., Ste. 500
Clayton, MO  63105
Telephone: (314) 613-2800
Fax: (314) 613-2801
Email: patricia.silva@lathropgpm.com

/s/ *Ryan A. Keane*
Ryan A. Keane, #62112(MO)
Attorney for Plaintiffs
KEANE LAW FIRM LLC
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
Telephone: 314-391-4700
Fax: 314-244-3778 (fax)
Email: ryan@keanelawllc.com

Celeste Brustowicz LSBA #16835
Attorneys for Plaintiffs
COOPER LAW FIRM, L.L.C.
1525 Religious Street
New Orleans, Louisiana 70130
Telephone: 504-399-0009
Fax: 504-399-6989
Email: cbrustowicz@clfnola.com

/s/ *Laura A. Bentele*
John F. Cowling, #30920(MO)
Laura A. Bentele, #64727(MO)
Attorneys for Defendant St. Louis Airport
Authority, a Department of the City of St.
Louis
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
Email: jcowling@atllp.com
Email: lbentele@atllp.com

/s/ *S. Martin Jansky*
S. Martin Jansky #47022(MO)
Attorney for Defendant DJR Holdings, Inc.
MARTIN JANSKY LAW FIRM, PC
2001 S. Big Bend Blvd.
St. Louis, Missouri 63117
Telephone: 314.881.6144
Fax: 314.644-4303
Email: martin@janskylaw.com

/s/Brian O. Watson
Edward Casmere #64326(MO)
Brian O. Watson #68678(MO)
Jennifer Steeve #308082(CA)
Lauren E. Jaffe #6316795(IL)
Nacenté S. Seabury #67248(MO)
Attorneys for Third-Party Plaintiff Cotter Corporation (N.S.L.)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
Telephone: 312.471.8700
Fax: 312.471.8701
Email: ecasmere@rshc-law.com
Email: bwatson@rshc-law.com
Email: jsteeve@rshc-law.com
Email: ljaffe@rshc-law.com
Email: nseabury@rshc-law.com
Email: docketdept@rshc-law.com

/s/ Poston E. Pritchett
David R. Erickson #31532(MO)
Steven D. Soden #41917(MO)
Jason M. Zager #59432(MO)
Anthony R. Martinez #61791(MO)
Poston E. Pritchett #72303(MO)
Attorneys for Third-Party Defendant Mallinckrodt LLC
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
Email: derickson@shb.com
Email: ssoden@shb.com
Email: jzager@shb.com
Email: amartinez@shb.com
Email: ppritchett@shb.com

*/s/ Richard E. Greenberg*
Richard E. Greenberg #37916(MO)
Gregory C. Mollett #50054(MO)
Attorneys for Defendant EverZinc USA Inc.
GREENSFELDER HEMKER PC
10 S. Broadway Street, Suite 2000
St. Louis, MO 63102
Telephone: 314.516.2628
Fax: 314.345.4792
Email: reg@greensfelder.com
Email: gcm@greensfelder.com