UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> COTTER CORPORATION, (N.S.L.), et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| COTTER CORPORATION, (N.S.L.), <br><br> Third Party Plaintiff, <br><br> vs. <br><br> MALLINCKRODT LLC, et al., <br><br> Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 4:20-cv-01227-JAR

## <u>ENTRY OF APPEARANCE</u>

COMES NOW Laura A. Bentele of Armstrong Teasdale LLP and enters her appearance on behalf of Defendant St. Louis Airport Authority, a Department of the City of St. Louis, in the above-captioned action.

ARMSTRONG TEASDALE LLP

By: */s/ Laura A. Bentele*
    John F. Cowling, ##30920MO
    Laura A. Bentele, ##64727MO
    Corey A. Stegeman, #66828MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone:  314.621.5070
    Fax:  314.621.5065
    jcowling@atllp.com
    lbentele@atllp.com
    cstegeman@atllp.com

ATTORNEYS FOR DEFENDANT
ST. LOUIS AIRPORT AUTHORITY, A
DEPARTMENT OF THE CITY OF ST. LOUIS.

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Laura A. Bentele*