IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al., <br>     Plaintiffs, <br><br> vs. <br><br> COTTER CORPORATION, (N.S.L.), et al., <br>     Defendants. <br> ------------------------------------------------- <br> COTTER CORPORATION, (N.S.L.), <br>     Third-Party Plaintiff, <br><br> vs. <br><br> MALLINCKRODT LLC, et al. <br>     Third-Party Defendants. <br> ------------------------------------------------- | Case No. 4:20-cv-01227 |

### JOINT STATUS REPORT

COME NOW, Plaintiffs, Defendants, and Third-Party Defendants ("the Parties")[1] to jointly submit this status report in response to the Court's Order staying the proceedings and requiring that a Joint Status Report be filed within ten (10) days of any decision by the Supreme Court of the United States on Plaintiffs' Petition for Writ of Certiorari. Counsel submit this report following the Supreme Court's decision on November 14, 2022. ECF No. 122.

Following the Supreme Court's denial of the Plaintiffs' Writ of Certiorari, Plaintiffs now intend to amend their Petition. Plaintiffs will file a Motion for Leave to Amend, along with their proposed Amended Complaint on or before January 9, 2023.

Defendants and Third-Party Defendants take no position on Plaintiffs' intended Motion for Leave to Amend and reserve the right to oppose said motion upon filing.

---

[1] The undersigned submits this Report on behalf of the Parties with their consent.

Dated:  November 23, 2022            Respectfully submitted,

By: /s/ Ryan A. Keane
Ryan A. Keane, #62112(MO)
Attorney for Plaintiffs
KEANE LAW FIRM LLC
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
Telephone: 314-391-4700
Fax: 314-244-3778 (fax)
Email: ryan@keanelawllc.com

Celeste Brustowicz LSBA #16835
Attorneys for Plaintiffs
COOPER LAW FIRM, L.L.C.
1525 Religious Street
New Orleans, Louisiana 70130
Telephone: 504-399-0009
Fax: 504-399-6989
Email: cbrustowicz@clfnola.com
*Attorneys for Plaintiffs*

/s/ Laura A. Bentele *(with consent)*
John F. Cowling, #30920(MO)
Laura A. Bentele, #64727(MO)
Attorneys for Defendant St. Louis Airport Authority, a Department of the City of St. Louis
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax: 314.621.5065
Email: jcowling@atllp.com
Email: lbentele@atllp.com

/s/ S. Martin Jansky *(with consent)*
S. Martin Jansky #47022(MO)
Attorney for Defendant DJR Holdings, Inc.
MARTIN JANSKY LAW FIRM, PC
2001 S. Big Bend Blvd.
St. Louis, Missouri 63117
Telephone: 314.881.6144
Fax: 314.644-4303
Email: martin@janskylaw.com

/s/Brian O. Watson *(with consent)*
Edward Casmere #64326(MO)
Brian O. Watson #68678(MO)
Jennifer Steeve #308082(CA)
Lauren E. Jaffe #6316795(IL)
Nacenté S. Seabury #67248(MO)
Attorneys for Third-Party Plaintiff Cotter Corporation (N.S.L.)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
Telephone: 312.471.8700
Fax: 312.471.8701
Email: ecasmere@rshc-law.com
Email: bwatson@rshc-law.com
Email: jsteeve@rshc-law.com
Email: ljaffe@rshc-law.com
Email: nseabury@rshc-law.com
Email: docketdept@rshc-law.com

/s/ Steve D. Soden *(with consent)*
David R. Erickson #31532(MO)
Steven D. Soden #41917(MO)
Jason M. Zager #59432(MO)
Anthony R. Martinez #61791(MO)
Poston E. Pritchett #72303(MO)
Attorneys for Third-Party Defendant Mallinckrodt LLC
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
Email: derickson@shb.com
Email: ssoden@shb.com
Email: jzager@shb.com
Email: amartinez@shb.com
Email: ppritchett@shb.com

/s/ Richard E. Greenberg *(with consent)*
Richard E. Greenberg #37916(MO)
Gregory C. Mollett #50054(MO)
Attorneys for Defendant EverZinc
USA Inc. GREENSFELDER
HEMKER PC
10 S. Broadway Street, Suite 2000
St. Louis, MO 63102
Telephone: 314.516.2628 Fax:
314.345.4792
Email: reg@greensfelder.com
Email: gcm@greensfelder.com

/s/ Allyson Cunningham *(with consent)*
William G. Beck           #26849(MO)
Allyson E. Cunningham    #64802(MO)
Attorneys for Third-Party Defendants
Republic Services and Bridgeton
Landfill
LATHROP GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2022, a true and accurate copy of the foregoing was served by filing it in the court's electronic filing system, which will provide electronic notice and a copy of the filing to all parties and attorneys of record.

/s/ *Ryan A. Keane*