IN THE UNITED STATES COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-01227 |
| | ) |
| COTTER CORPORATION, (N.S.L.), et al., | ) |
| | ) |
| Defendants. | ) |
| -------------------------------------------------- | ) |
| | ) |
| COTTER CORPORATION, (N.S.L.), | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MALLINCKRODT LLC., et al., | ) |
| | ) |
| Third-Party Defendants. | ) |
| -------------------------------------------------- | ) |

**JOINT TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE THIRD AMENDED AND SUPPLEMENTAL CLASS
ACTION COMPLAINT**

1. On January 9, 2023, Plaintiffs filed a Motion for Leave to File Third Amended and Supplemental Class Action Complaint (Doc. # 126).

2. Responses to Plaintiffs' motion are currently due January 23, 2023. All parties have agreed to extend the deadline to respond to Plaintiffs' motion two weeks, or until February 6, 2023.

WHEREFORE, the parties request the Court enter an order granting this motion and extending the deadline to respond to Plaintiffs' Motion for Leave to File Third Amended and Supplemental Class Action Complaint to February 6, 2023.

Dated: January 20, 2023.

    Respectfully submitted,

    SHOOK, HARDY & BACON L.L.P.

    By: /s/ *David R. Erickson*
    David R. Erickson, #31532MO
    Steven D. Soden, #41917MO
    Anthony R. Martinez, #61791MO
    Jason M. Zager, #59432MO
    Poston E. Pritchett, #72303MO
    2555 Grand Boulevard
    Kansas City, Missouri  64108-2613
    Telephone:  (816) 474-6550
    Facsimile:   (816) 421-5547
    derickson@shb.com
    ssoden@shb.com
    amartinez@shb.com
    jzager@shb.com
    ppritchett@shb.com

    *Attorneys for Defendant*
    *Mallinckdrodt LLC*

    KEANE LAW LLC

    By: /s/ *Ryan A. Keane*
    Ryan A. Keane, #62112MO
    Steven W. Duke, #68034MO
    7711 Bonhomme Ave.,
    Suite 600
    St. Louis, Missouri 63105
    Telephone: (314) 391-4700
    Facsimile: (314) 244-3778
    ryan@keanelawllc.com
    steve@keanelawllc.com

    *Attorneys for Plaintiffs*

LATHROP GPM LLP

By:   */s/ William G. Beck*
William G. Beck  #26849(MO)
Allyson E. Cunningham  #64802(MO)
2345 Grand Blvd., Ste. 2200
Kansas City, Missouri  64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com

Kayla A. Brewe #69231(MO)
7701 Forsyth Blvd., Ste. 500
Clayton, Missouri  63105
Telephone: (314) 613-2800
Facsimile: (314) 613-2801
Email: kayla.brewe@lathropgpm.com

*Attorneys for Third-Party Defendants Bridgeton Landfill, LLC, Allied Services, LLC, Republic Services, Inc.*


RILEY SAFER HOLMES & CANCILA LLP

*/s/ Brian O. Watson*
Brian O. Watson, #68678MO
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
bwatson@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

*Attorneys for Defendant Cotter Corporation (N.S.L.)*

ARMSTRONG TEASDALE LLP

By: */s/ Laura A. Bentele*
Corey Stegeman
Laura A. Bentele #64727
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile:(314)621-5065
cstegeman@atllp.com
lbentele@atllp.com

*Attorneys for Defendant*
*The City of St. Louis (The owner and operator*
*of St. Louis Lambert International Airport)*


MARTIN JANSKY LAW FIRM PC

By: */s/ Martin Jansky*
Martin Jansky
2001 S. Big Bend Blvd
St. Louis, Missouri 63117
Telephone: (314) 881-6140
martin@janskylaw.com

*Attorney for Defendant*
*DJR Holdings, INC.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via this court's ECF/PACER electronic filing notification system on January 20, 2023.

By:  */s/ David R. Erickson*
ATTORNEY FOR DEFENDANT
MALLINCKRODT LLC