# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 8553 & 8570**<br><br>Hearing Date:  April 11, 2023 at 11:00 a.m. (ET) |

**RE-NOTICE OF MOTION AND HEARING WITH RESPECT TO REORGANIZED DEBTORS' MOTION FOR ORDER ENFORCING THE DISCHARGE INJUNCTION ISSUED IN CONNECTION WITH THE REORGANIZED DEBTORS' PLAN OF REORGANIZATION AGAINST BANKS LITIGATION PLAINTIFFS**

PLEASE TAKE NOTICE that, on February 8, 2023, the above-captioned reorganized debtors (the "**Reorganized Debtors**") filed the *Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs* [Docket No. 8553] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of Motion and Hearing* filed with the Motion, a hearing with respect to the Motion was scheduled before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, for **February 28, 2023 at 1:00 p.m. (prevailing Eastern Time)**.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

2

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Re-Notice of Motion and Hearing with Respect to Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs* [Docket No. 8570], a hearing with respect to the Motion was adjourned to March 15, 2023 at 10:00 a.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion has been further adjourned to **April 11, 2023 at 11:00 a.m. (prevailing Eastern Time)**.

| | |
|---|---|
| Dated:  March 15, 2023<br>         Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br> /s/ *Robert J. Stearn, Jr.*<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brendan J. Schlauch (No. 6115)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:   (302) 651-7701<br>Email: collins@rlf.com<br>           stearn@rlf.com<br>           merchant@rlf.com<br>           steele@rlf.com<br>           schlauch@rlf.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Christopher Harris (admitted *pro hac vice*)<br>George Klidonas (admitted *pro hac vice*)<br>Andrew Sorkin (admitted *pro hac vice*)<br>Anupama Yerramalli (admitted *pro hac vice*)<br>Hugh K. Murtagh (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  george.davis@lw.com<br>            christopher.harris@lw.com<br>            george.klidonas@lw.com<br>            andrew.sorkin@lw.com<br>            anu.yerramalli@lw.com<br>            hugh.murtagh@lw.com<br><br>-and- |

Jeffrey E. Bjork (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  jeff.bjork@lw.com

-and-

Jason B. Gott (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  jason.gott@lw.com

*Counsel for Reorganized Debtors*

**File a Notice:**

20-12522-JTD Mallinckrodt plc

Type: bk     Chapter: 11 v     Office: 1 (Delaware)
Assets: y     Judge: JTD
Case Flag: LEAD, SealedDoc(s), MEGA, STANDOrder, CLMSAGNT, APPEAL, FeeDue, CONFIRMED

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Robert J. Stearn, Jr. entered on 3/15/2023 at 9:53 AM EDT and filed on 3/15/2023
**Case Name:** Mallinckrodt plc
**Case Number:** 20-12522-JTD
**Document Number:** 8600

**Docket Text:**
Notice of Hearing //Re-Notice of Motion and Hearing with Respect to Reorganized Debtors' Motion for Order Enforcing the Discharge Injunction Issued in Connection with the Reorganized Debtors' Plan of Reorganization Against Banks Litigation Plaintiffs (related document(s)[8553], [8570]) Filed by Mallinckrodt plc. Hearing scheduled for 4/11/2023 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Stearn, Jr., Robert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** MNK - Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/15/2023] [FileNumber=17911402-0
] [68bcaf9f3c7e6d309f895429a2b2919759cb83a15047c091e3eed2ffdea156763aa
b9ea3ee46001be562f8c2f596b59025cc88449a9b288b7b8b82a363a718a9]]

**20-12522-JTD Notice will be electronically mailed to:**

Steven D. Adler on behalf of Interested Party Banks Litigation Plaintiffs
sadler@bayardlaw.com, kmccloskey@bayardlaw.com

Justin R. Alberto on behalf of Interested Party Official Committee of Opioid Related Claimants
jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto on behalf of Other Prof. Cole Schotz P.C.
jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto on behalf of Other Prof. Official Committee of Opioid Related Claimants
jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto on behalf of Other Prof. Opioid Master Disbursement Trust II
jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto on behalf of Plaintiff Opioid Master Disbursement Trust II
jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Sameer M. Alifarag on behalf of Interested Party Wilmington Savings Fund Society, FSB, as indenture trustee
SAlifarag@pryorcashman.com

Angela M. Allen on behalf of Interested Party Cotter Corporation (N.S.L.)
AAllen@jenner.com, thooker@jenner.com

Elihu Ezekiel Allinson, III on behalf of Interested Party Auxiliary Ad Hoc Group of Hospitals
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Nader Amer on behalf of Interested Party Attestor Ltd.
NAmer@carltonfields.com, iabay@carltonfields.com;miaecf@cfdom.net

Nader Amer on behalf of Interested Party Humana, Inc.
NAmer@carltonfields.com, iabay@carltonfields.com;miaecf@cfdom.net

Anne Andrews on behalf of Creditor Darin Zabor
aandrews@andrewsthornton.com, rmcintosh@andrewsthornton.com

Philip D. Anker on behalf of Defendant Barclays Capital, Inc.
philip.anker@wilmerhale.com, whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker on behalf of Defendant Blackrock Institutional Trust Company, N.A. (UK Branch)
philip.anker@wilmerhale.com, whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker on behalf of Defendant Blackrock International Limited
philip.anker@wilmerhale.com, whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker on behalf of Defendant Citadel Securities LLC