**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TAMIA BANKS, *et al*, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| COTTER CORPORATION, et al., | ) |
| Defendants. | ) No. 4:20-cv-01227-JAR |
| COTTER CORPORATION, (N.S.L.), | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| MALLINCKRODT LLC, et al., | ) |
| Third-Party Defendants. | ) |

**CONSENT MOTION**
**FOR EXTENSION OF TIME TO FILE REPLY**

COME NOW Plaintiffs Tamia Banks, *et al*., by and through their undersigned counsel, and respectfully ask this Court to grant a ten (10) day extension to file their Reply to Mallinckrodt LLC's Response to Motion for Leave to File Third Amended and Supplemental Class Action Complaint. In support of their motion, Plaintiffs state as follows:

1. On June 30, 2023, Mallinckrodt filed its Response to Motion for Leave to File Third Amended and Supplemental Class Action Complaint. *See* ECF 142.

2. Plaintiffs' reply to Mallinckrodt's Response is currently due on July 10, 2023.

3. Counsel for Plaintiffs requested consent from Mallinckrodt to a ten-day extension for Plaintiffs' reply. Counsel for Mallinckrodt has consented to the extension request.

4. This extension is not sought for any improper purpose and will not unduly delay

1

the case.

WHEREFORE Plaintiffs respectfully request this Court grant a ten (10) day extension to respond to Mallinckrodt's Response, up to and including July 20, 2023.

Dated:  July 7, 2023

Respectfully submitted,

KEANE LAW LLC

/s/ *Tanner A. Kirksey*
Ryan A. Keane, #62112
Tanner A. Kirksey, #72882
7711 Bonhomme Ave., Ste. 600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
tanner@keanelawllc.com

JOHNSON GRAY, LLC
Anthony D. Gray, #51534
2705 Dougherty Ferry Road, Suite 199
St. Louis, MO 63122
Phone: (314) 385-9500
agray@johnsongraylaw.com

COOPER LAW FIRM, L.L.C.

Celeste Brustowicz, LA Bar #16835 *pro hac vice*
Barry J. Cooper, Jr., TX Bar #24057527 *pro hac vice*
Victor Cobb LA Bar #36830 *pro hac vice*
1525 Religious Street
New Orleans, LA 70130
Phone: (504) 566-1558
cbrustowicz@sch-llc.com
bcooper@sch-llc.com
vcobb@sch-llc.com

and

Kevin W. Thompson (WV Bar #5062) *pro hac vice*
David R. Barney, Jr. (WV Bar #7958) *pro hac vice*
2030 Kanawha Boulevard, East

2

Charleston, WV  25311
Telephone:  304-343-4401
Facsimile:  304-343-4405
Email:  kwthompson@gmail.com

*Attorneys for Plaintiffs and proposed Class*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via this court's ECF/PACER electronic filing notification system on July 7, 2023.

                                                  /s/ *Tanner A. Kirksey*