AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Missouri

| | | |
|---|---|---|
| TAMIA BANKS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:20-cv-01227 |
| COTTER CORPORATION (N.S.L.), et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Commonwealth Edison Company                                                             .

Date:     01/02/2024

/s/ E. Ashley Paynter
*Attorney's signature*

E. Ashley Paynter, #333428CA
*Printed name and bar number*

RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Drive, Suite 650
Irvine, CA 92618
*Address*

apaynter@rshc-law.com
*E-mail address*

(949) 359-5545
*Telephone number*

(949) 359-5501
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies on January 2, 2024, these papers were filed via the Missouri Court's eFiling system, which will serve an electronic copy upon all counsel of record.

Respectfully submitted,

*/s/ E. Ashley Paynter*

RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Jennifer Steeve, #308082CA
Lauren E. Jaffe, #6316795IL
E. Ashley Paynter, #333428CA
100 Spectrum Center Drive, Ste. 650
Irvine, CA 92618
(949) 359-5500 (main)
(949) 359-5501 (fax)
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com
apaynter@rshc-law.com
docketdept@rshc-law.com

*Attorneys for Defendant COMMONWEALTH EDISON COMPANY*