IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMIA BANKS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:20-cv-01227-JAR |
| | ) |
| COTTER CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

COME NOW, Plaintiffs and Defendants ("the Parties") to jointly submit this status report in response to the Court's Order to Stay (ECF No. 206), which stayed this action pending disposition of the interlocutory appeal presently before the Eighth Circuit Court of Appeals in *Mazzocchio v. Cotter Corp.*, No. 23-3709 (8th Cir.) and required that a Joint Status Report be filed with the Court not later than June 11, 2024.

The interlocutory appeal remains pending before the Eighth Circuit Court of Appeals in *Mazzocchio v. Cotter Corp.*, No. 23-3709 (8th Cir.). Since this Court's Order to Stay, the Appellees filed their brief and the Appellants have until June 17, 2024, to file their reply brief. *See* May 20, 2024 Order, *Mazzocchio v. Cotter Corp.*, No. 23-3709 (8th Cir.).

Dated: June 12, 2024,                Respectfully submitted,

By: */s/ Brian O. Watson*
Brian O. Watson, #68678(MO)
Lauren E. Jaffe, #6316795(IL)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700

Fax: (312) 471-8701  
Email: bwatson@rshc-law.com  
Email: ljaffe@rshc-law.com  
Email: docketdept@rshc-law.com  

Jennifer Steeve, #308082(CA)  
E. Ashley Paynter, #333428(CA)  
RILEY SAFER HOLMES & CANCILA LLP  
100 Spectrum Center Drive, Suite 440  
Irvine, CA 92618  
Telephone: (949) 359-5515  
Fax: (312) 471-8701  
Email: jsteeve@rshc-law.com  
Email: apaynter@rshc-law.com  
Email: docketdept@rshc-law.com  

Attorneys for Defendant Cotter Corporation (N.S.L.)


/s/ *Ryan A. Keane*  
Ryan A. Keane, #62112(MO)  
Tanner A. Kirksey, #72882(MO)  
KEANE LAW LLC  
7711 Bonhomme Ave., Suite 600  
St. Louis, MO 63105  
Telephone: 314-391-4700  
Fax: 314-244-3778 (fax)  
Email: ryan@keanelawllc.com  
Email: tanner@keanelawllc.com  

Anthony D. Gray, #51534(MO)  
JOHNSON GRAY, LLC  
2705 Dougherty Ferry Road, Ste 100  
St. Louis, MO 63122  
Telephone: (314) 385-9500  
Email: agray@johnsongraylaw.com  

Barry J. Cooper, Jr., *pro hac vice*  
Celeste Brustowicz, *pro hac vice*  
Victor Cobb, *pro hac vice*  
COOPER LAW FIRM, L.L.C.  
1525 Religious Street  
New Orleans, LA 70130  
Telephone: (504) 399-0009  
Fax: (504) 399-6989  

2

        Email: bcooper@sch-llc.com
        Email: cbrustowicz@sch-llc.com
        Email: vcobb@sch-llc.com

        Kevin W. Thompson, *pro hac vice*
        David R. Barney, Jr., *pro hac vice*
        2030 Kanawha Boulevard, East
        Charleston, WV 25311
        Telephone: (304) 343-4401
        Facsimile: (304) 343-4405
        Email: kwthompson@gmail.com
        Email: drbarneywv@gmail.com

        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2024, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

/s/ Brian O. Watson
Brian O. Watson